AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiClerico, Joseph A. | United States District Court District of New Hampshire | 12/17/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

55 Pleasant Street, Room 400
Concord, NH 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I, Trust II, and Trust IV |
| 2. | Trustee | Mayhew Program |
| 3. | Trustee and Secretary | Ausbon Sargent Land Preservation Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Dodds Family | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Advisors | Priority Credit Line | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 529 Education Svgs Plan Brokerage Acc't #4 | A | Dividend | | | Closed | 02/17/17 | J | A | See Part VIII |
| 2. -American Funds (World) Capital Growth & Inc. CL. 529A | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. 529 Education Svgs Plan brokerage Acc't #5 | A | Dividend | | | Closed | 02/17/17 | J | A | See Part VIII |
| 5. -American Funds World Capital Growth Inc. CL 529A | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. Brokerage Account #1 (H) | | | | | | | | | |
| 8. -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 9. -Sh. Com. General Electric | A | Dividend | J | T | | | | | |
| 10. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 10/04/17 | J | | See Part VIII |
| 11. -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | Open | 10/04/17 | J | | |
| 12. | | | | | | | | | |
| 13. IRA Brokerage Acct #2 (H) | | | | | | | | | |
| 14. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 09/25/17 | J | | See Part VIII |
| 15. -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | Open | 09/25/17 | J | | |
| 16. -IVA Worldwide Fund | A | Dividend | | | Sold | 11/24/17 | L | D | |
| 17. -FPA New Income | A | Dividend | J | T | Buy | 11/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IVA Worldwid Fnd Cl 1 | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 19. -PIMCO Inc. Fnd. Inst. Fnd | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 20. -Primecap Odyssey Growth Fnd | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 21. -American Europacific Growth Fnd CL F2 | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 22. -Ishares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 23. American New Perspective CLF 2 | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 24. -Oppenheimer Dev. Markets Class Y | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 25. -Vanguard BD Index FD Inc Total Bd Mkt ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 26. -Vanguard FTSE All-WLD Ex-US ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 27. -Vanguard Index S&P 500 ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 28. IRA Brokerage Acct. #3 (H) | | | | | | | | | |
| 29. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 09/25/17 | J | | See Part VIII |
| 30. -Goldman Sachs Bank Dep Sweep Prg. | A | Interest | J | T | Open | 09/25/17 | J | | |
| 31. -PIMCO Income Fnd Instit Fd | A | Dividend | J | T | Buy | 10/10/17 | K | | |
| 32. | | | | | Sold (part) | 11/24/17 | J | | |
| 33. -IVA Worldwide Fnd CL1 | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 34. -Primecap Odyssey Growth Fd | A | Dividend | J | T | Buy | 11/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -American Europacific Growth Fnd CL F2 | A | Dividend | J | T | Buy | 11/24/17 | J | | |
| 36.  -Ishares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 37.  -American New Perspective CL F2 | B | Dividend | J | T | Buy | 11/27/17 | J | | |
| 38.  -Oppenheimer Dev. Markets Class y | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 39.  -Vanguard Bd. Index Fd Total Bd Market ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 40.  -Vanguard FTSE All-WLD Ex-US ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 41.  -Vanguard Index S&P 500 ETF | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 42.  -PIMCO All Asset FND | A | Dividend | J | T | Sold (part) | 11/24/17 | L | B | |
| 43.  -JP Morgan TRI Strategic Income OPPTY | A | Dividend | | | Sold | 10/10/17 | K | | |
| 44.  -Vanguard Fixed Income Secs Fd | A | Dividend | J | T | Sold (part) | 11/24/17 | K | | |
| 45. | | | | | | | | | |
| 46.  Trust I (H) | | | | | | | | | |
| 47.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 09/25/17 | J | | See Part VIII |
| 48.  -Goldman Sachs Bank Sweep Deposit Prg. | A | Interest | | | Open | 09/25/17 | J | | |
| 49.  -Dodge & Cox FDS Int'l Stk FD | C | Dividend | M | T | | | | | |
| 50.  -FPA New Income Inc-. | A | Dividend | K | T | | | | | |
| 51.  -IVA Worldwide Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Wells Fargo Adv Asset Alloc FD | B | Dividend | L | T | | | | | |
| 53. -Oppenheimer Dev. Mkts. | A | Dividend | L | T | | | | | |
| 54. -FPA FDSTR Crescent Portfolio | D | Dividend | M | T | | | | | |
| 55. -Wells Fargo FDS Trust Absolute Ret FD | A | Dividend | K | T | | | | | |
| 56. -JP Morgan TRI Strategic Income OPPTY | B | Dividend | L | T | | | | | |
| 57. -Vanguard Mun BD FD Inter Term Tax Exempt FDA Admiral Shs. | A | Dividend | K | T | | | | | |
| 58. | | | | | | | | | |
| 59. Trust II (H) | | | | | | | | | |
| 60. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | L | T | | | | | |
| 61. -NH St. Cap. App. Zero Coup. Bnd 6/1/17 | | None | | | Redeemed | 06/01/17 | K | B | |
| 62. -Manchester NH Redev. Auth. - Zero Coup. Bnd 1/1/20 | | None | K | T | | | | | |
| 63. | | | | | | | | | |
| 64. Truste III (H) | | | | | | | | | |
| 65. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 09/25/17 | M | | See Part VIII |
| 66. -Goldman Sachs Bk. Dep. Sweep Prg. | A | Interest | J | T | Open | 09/25/17 | M | | |
| 67. -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 68. -Sh. Com. Bar Harbor Bankshares, formerly Lake Sunapee Bank Group | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Funds Capital World Growth & Inc. Fnd | C | Dividend | L | T | | | | | |
| 70. -Dodge & Cox FDS Int'l Stk FD | A | Dividend | K | T | | | | | |
| 71. -American Funds Int'l Growth & Income FD | A | Dividend | L | T | | | | | |
| 72. -FPA New Income Inc. | B | Dividend | L | T | | | | | |
| 73. -American Funds Fundamental Invs. Inc. Class F-2 | D | Dividend | L | T | | | | | |
| 74. -IVA Worldwide Fund | D | Dividend | M | T | | | | | |
| 75. -American Funds Inc. New World | C | Dividend | M | T | | | | | |
| 76. -Wells Fargo FDS Trust WFA Absolute Return Fnd. | | None | | | Sold | 11/27/17 | M | C | |
| 77. -Wells Fargo Adv. Asset Alloc FD | B | Dividend | L | T | | | | | |
| 78. -PIMCO All Asset Funds Inst. CL | C | Dividend | M | T | | | | | |
| 79. -FPA FDS TR FPA Crescent Portfolio Instl. | D | Dividend | M | T | | | | | |
| 80. -Vanguard Specialized Portfolios Dividend Growth FD | D | Dividend | M | T | | | | | |
| 81. -Vanguard Mun BD FD Inter Term Tax Exempt FD Admiral Shs. | C | Dividend | | | Sold | 11/24/17 | M | | |
| 82. -American Tax Exempt Bnd. of Am. F2 | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 83. -Vanguard FTSE All-World Ex-US ETF | A | Dividend | L | T | Buy | 11/27/17 | L | | |
| 84. -Vanguard Mun. Bd Fd Inc Tax Exempt Bd | A | Dividend | M | T | Buy | 11/27/17 | M | | |
| 85. -Vanguard Index S&P 500 ETF | A | Dividend | L | T | Buy | 11/27/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. TRUST IV (H) | | | | | | | | | |
| 88. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 09/25/17 | K | | See Part VII |
| 89. Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | L | T | Open | 09/25/17 | K | | |
| 90. -Sh. Com. Community Bancorp | D | Dividend | L | T | | | | | |
| 91. -Bar Harbor Bankshares, formerly Lake Sunapee Bank Group | C | Dividend | L | T | | | | | |
| 92. American Europacific Growth CL A | B | Dividend | K | T | Buy | 11/24/17 | K | | |
| 93. -American Mutual FD Inc. | C | Dividend | L | T | | | | | |
| 94. -American Funds Int'l Growth and Income Fund | A | Dividend | | | Sold | 11/25/17 | K | | |
| 95. -American Fund Fundamental Investors Inc. | D | Dividend | M | T | | | | | |
| 96. -American Fund New World Fund | B | Dividend | M | T | | | | | |
| 97. -Artisan FDS Inc. International Value Fd | D | Dividend | M | T | | | | | |
| 98. -Dodge and Cox FDS Int'l Stk FD | C | Dividend | M | T | | | | | |
| 99. -IVA Worldwide Fund | D | Dividend | N | T | | | | | |
| 100. -Wells Fargo FDS Trust WFA Absolute Return Fnd. | B | Dividend | M | T | | | | | |
| 101. -Wells Fargo Advan. FDS-Asset Alloc Fd | C | Dividend | M | T | | | | | |
| 102. -Oppenheimer Dev. MKTS | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -PIMCO All Asset Fnd. | D | Dividend | M | T | | | | | |
| 104.  -FPA FDS TR FPA Crescent Portfolio | D | Dividend | M | T | | | | | |
| 105.  -Primecap Odyssey Stock Fund | D | Dividend | M | T | | | | | |
| 106.  -Artisans Partners FDS Inc. Intl. Value FD ADVS Sh | | | | | | | | | See Part VIII |
| 107. | | | | | | | | | |
| 108.  TRUST V (H) | | | | | | | | | |
| 109.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 10/06/17 | K | | See Part VIII |
| 110.  Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | M | T | Open | 10/06/17 | K | | |
| 111.  -Sh. Com. Exxon Mobil | C | Dividend | L | T | | | | | |
| 112.  -Sh. Com. General Electric | A | Dividend | K | T | | | | | |
| 113.  -IVA Worldwide Fund | D | Dividend | M | T | | | | | |
| 114.  -Wells Fargo FDS Trust Absolute Return Fnd. | B | Dividend | L | T | | | | | |
| 115.  -PIMCO All Asset All Auth. | D | Dividend | L | T | | | | | |
| 116.  -FPA Crescent | D | Dividend | N | T | | | | | |
| 117.  -IVA International FD CL1 | C | Dividend | M | T | | | | | |
| 118.  -Vanguard Mun BD FD Inter Term Tax Ex. FD | C | Dividend | M | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRUST VI (H) | | | | | | | | | |
| 121. -American Balanced Fund | D | Dividend | M | T | | | | | |
| 122. -American Funds - American Mutual Fund | E | Dividend | N | T | | | | | |
| 123. -American Funds: International Growth and Income Fund | D | Dividend | N | T | | | | | |
| 124. -American Funds: Fundamental Investors | E | Dividend | N | T | | | | | |
| 125. -American Funds: New World | C | Dividend | M | T | | | | | |
| 126. -American Europacific Growth FD | C | Dividend | L | T | | | | | |
| 127. -Wells Fargo Ad. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 10/03/17 | J | | See Part VIII |
| 128. -Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | Open | 10/03/17 | J | | |
| 129. | | | | | | | | | |
| 130. TRUST VII (H) | | | | | | | | | |
| 131. -American Funds: International Growth and Income Fund | B | Dividend | L | T | | | | | |
| 132. -American Unds: New World Fund | B | Dividend | L | T | | | | | |
| 133. -Wells Fargo Ad. Bk. Dep. Sweep Prg. | A | Interest | | | Closed | 10/05/17 | J | | See Part VIII |
| 134. Goldman Sachs Bank Dep. Sweep Prg. | A | Interest | J | T | Open | 10/05/17 | J | | |
| 135. | | | | | | | | | |
| 136. TRUST VIII (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Wells Fargo Bk. Dep. Sweep Prgm. | A | Interest | | | Closed | 10/06/17 | L | | See Part VIII |
| 138. -Goldman Sachs Bank Dep. Sweep Prg. | B | Dividend | L | T | Open | 10/06/17 | L | | |
| 139. -Dodge & Cox Stk. FD | D | Dividend | L | T | | | | | |
| 140. -IVA Worldwide FD | D | Dividend | M | T | Sold (part) | 05/18/17 | K | C | |
| 141. -Wells Fargo FDS Tr. WFA Absolute Ret. FD | A | Dividend | K | T | | | | | |
| 142. -Wells Fargo Asset Alloc. FD | | None | | | Sold | 05/18/17 | K | D | |
| 143. -Oppenheimer Dev. Mkts. | A | Dividend | K | T | | | | | |
| 144. -Pimco All Asset FD | D | Dividend | M | T | | | | | |
| 145. -FPA Crescent | D | Dividend | M | T | Sold (part) | 05/18/17 | K | C | |
| 146. -Vanguard Mun BD Fd Inter Term Tax Exempt FD Admiral Shs. | B | Dividend | L | T | | | | | |
| 147. -Vanguard Mun BD FD LTD Term Tax Exempt FD Admiral Shs. | B | Dividend | L | T | | | | | |
| 148. -Vanguard Spec. FD Div. Gr. FD | B | Dividend | K | T | | | | | |
| 149. | | | | | | | | | |
| 150. Miscellaneous (H) | | | | | | | | | |
| 151. -Ledyard Bank Accounts | A | Interest | M | T | | | | | |
| 152. -Phoenix Mutual Life Ins. Whole Life Insurance | A | Dividend | K | T | | | | | |
| 153. -Williams College Charitable Gift Annuity | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 12/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V - Gifts

Page 3, line 1 - Estimated value.


PART VII Investments and Trusts

Page 4, line 1; All of listed assets transferred out to third party account.

Page 4, line 4: All of listed assets transferred out to third party account.

Page 4, line 10; page 4, line 14; page 5, line 29; page 6, line 47; page 7, line 65; page 9, line 88; page 10, line 109; page 11, line 127; page 11, line 133; page 12, line 137 - The cash in each of these Wells Fargo Bank Deposit Sweep Program accounts was transferred into Goldman Sachs Bank Deposit Sweep Program accounts.

Page 10, line 106: In the 2016 report, lines 84 and 93 were inadvertent duplicate entries for the same asset, which appears now in this report at line 106.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. DiClerico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544